UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUC MAI BUI,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br>Respondent. | No. 1:26-cv-07690-DAD-JDP<br><br><u>ORDER RELATING, REASSIGNING, AND REFERRING CASES</u> |
| DUC MAI BUI,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY,<br>Respondent. | No. 1:26-cv-09179-DAD-CSK<br>**New Case No. 1:26-cv-09179-DAD-JDP** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

/////

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 1:26-cv-09179-DAD-CSK is reassigned to the undersigned and Magistrate Judge Jeremy D. Peterson. The caption on documents filed in the reassigned case shall be shown respectively as: 1:26-cv-09179-DAD-JDP.

Further, the court has reviewed the filings these related cases. After reviewing the filings in each case, the court finds that this case (1:26-cv-09179-DAD-JDP) involves the same Petitioner, alleges identical facts, and requests identical relief as Case No. 1:26-cv-07690-DAD-JDP. A court may dismiss one action as duplicative of another. *See M.M. v. Lafayette Sch. Dist.*, 681 F.3d 1082, 1091 (9th Cir. 2012). Because the case numbered 1:26-cv-09179-DAD-CSK is essentially identical to the earlier filed case, 1:26-cv-09179-DAD-CSK is DISMISSED as DUPLICATIVE. The Clerk of the Court is DIRECTED to CLOSE 1:26-cv-09179-DAD-CSK and TERMINATE any pending motions as moot.

IT IS SO ORDERED.

Dated: **November 23, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE